**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Maria S. CRUZ; Vanessa Lozano; Yvonne Lozano, Claimants— Appellants,**

**and**

**Property, 3714 Cancun Loop, Webb County, Laredo, Texas, with all Appurtenances and Improvements Thereon, Defendant,**

**Jose Antonio Lozano; Hill Top Farm, Limited, a Texas Limited Partnership, Claimants.**

No. 04–2494.

United States Court of Appeals, Fourth Circuit.

Submitted: June 8, 2005.

Decided: July 12, 2005.

Maria S. Cruz, Vanessa Lozano, Yvonne Lozano, Appellants pro se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders denying their motions to set aside the judgment of forfeiture regarding their home and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Cruz*, No. CA–98–11 (M.D.N.C. filed Sept. 8, 2004 & entered Sept. 9, 2004 & Jan. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*